AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Ambrose Sykes
Plaintiff

V.

Thomas Carroll, Traci Johnson
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 - 72

I, Ambrose Sykes declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FEB - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Department of Corrections, Smyrna

   **Inmate Identification Number (Required):**  296974

   Are you employed at the institution? no   Do you receive any payment from the institution? no

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   $8.00 hr full time Dover Downs, Dupont Hwy Dover De (2004)

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [X] | [ ] |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

   Periodicly get small amounts from my family for Commissary, between 5 and 20 dollars.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   ☒ • No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   ☒ • No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   A.      S. J. (Son)   none

I declare under penalty of perjury that the above information is true and correct.

30 Jan 06                    Ambrose Sykes
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 72

TO: _Ambrose Sykes_  SBI#: _296974_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _December 29, 2005_

---

Attached are copies of your inmate account statement for the months of _June 1, 2005_ to _November 30, 2005_.

FILED
FEB - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 35.59 |
| July | 32.24 |
| Aug | 37.97 |
| Sept | 58.10 |
| Oct | 43.49 |
| Nov | 42.05 |

Average daily balances/6 months: _41.71_

Attachments
CC:  File

_Stacy Shane_
12/29/05

_Notary Public_
12/30/05

# Individual Statement

## For Month of June 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.78 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2005 | $5.85 | $0.00 | $0.00 | $15.63 | 112938 | | PRE-TRIAL 4/24-5/23 | |
| Canteen | 6/1/2005 | ($9.38) | $0.00 | $0.00 | $6.25 | 114038 | | | |
| Mail | 6/6/2005 | $25.00 | $0.00 | $0.00 | $31.25 | 116386 | 46360782224 | | J SYLES |
| Mail | 6/7/2005 | $30.00 | $0.00 | $0.00 | $61.25 | 116920 | 8260451296 | | |
| Canteen | 6/8/2005 | ($5.94) | $0.00 | $0.00 | $55.31 | 117591 | | | |
| Canteen | 6/15/2005 | ($19.39) | $0.00 | $0.00 | $35.92 | 120788 | | | |
| Canteen | 6/22/2005 | ($19.05) | $0.00 | $0.00 | $16.87 | 123116 | | | |
| Mail | 6/24/2005 | $25.00 | $0.00 | $0.00 | $41.87 | 124232 | 46360785625 | | J SYKES |
| Canteen | 6/29/2005 | ($10.80) | $0.00 | $0.00 | $31.07 | 125730 | | | |

Ending Mth Balance: $31.07

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of July 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $31.07 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/1/2005 | $14.40 | $0.00 | $0.00 | $45.47 | 126372 | | | |
| Canteen | 7/6/2005 | ($24.45) | $0.00 | $0.00 | $21.02 | 128815 | | | |
| Mail | 7/11/2005 | $25.00 | $0.00 | $0.00 | $46.02 | 130311 | 46814566656 | PRE-TRIAL 5/24-6/23 | SYLES |
| Canteen | 7/12/2005 | ($16.68) | $0.00 | $0.00 | $29.34 | 130513 | | | |
| Mail | 7/19/2005 | $30.00 | $0.00 | $0.00 | $59.34 | 133451 | 4681457022 | | J SKYES |
| Canteen | 7/26/2005 | ($59.31) | $0.00 | $0.00 | $0.03 | 136094 | | | |

Ending Mth Balance: $0.03

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/28/2005

## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | $0.03 |

Current Location: SU/1    Comments: QOLDET

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2005 | $17.50 | $0.00 | $0.00 | $17.53 | 137673 | | | |
| Mail | 8/4/2005 | $10.00 | $0.00 | $0.00 | $27.53 | 140442 | 8263925938 | PRE-TRIAL 6/24-7/23 | R HARRIETT |
| Mail | 8/4/2005 | $15.00 | $0.00 | $0.00 | $42.53 | 140468 | 8547211337 | | J SYKES |
| Canteen | 8/9/2005 | ($17.07) | $0.00 | $0.00 | $25.46 | 142277 | | | |
| Mail | 8/16/2005 | $25.00 | $0.00 | $0.00 | $50.46 | 145366 | 4681457595 | | J SYKES |
| Canteen | 8/23/2005 | ($14.85) | $0.00 | $0.00 | $35.61 | 148070 | | | |
| Mail | 8/29/2005 | $20.00 | $0.00 | $0.00 | $55.61 | 150029 | 4681458426 | | J SYKES |

Ending Mth Balance: $55.61

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of September 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $55.61 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/6/2005 | ($15.00) | $0.00 | $0.00 | $40.61 | 154132 | | | |
| Mail | 9/8/2005 | $15.00 | $0.00 | $0.00 | $55.61 | 155220 | 4681457988 | | J SYKES |
| Mail | 9/13/2005 | $15.00 | $0.00 | $0.00 | $70.61 | 157229 | 4681317502 | | J SYKEW |
| Canteen | 9/20/2005 | ($14.63) | $0.00 | $0.00 | $55.98 | 159573 | | | |
| Canteen | 9/22/2005 | ($3.50) | $0.00 | $0.00 | $52.48 | 160715 | | | |
| Supplies-MailP | 9/22/2005 | $0.00 | $0.00 | ($3.73) | $52.48 | 161220 | | 12/7/04 | |
| Mail | 9/28/2005 | $15.00 | $0.00 | $0.00 | $67.48 | 163165 | 4681317805 | | A SYKES |

Ending Mth Balance: $67.48

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of October 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $67.48 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($15.60) | $0.00 | $0.00 | $51.88 | 165514 | | | |
| Supplies-MailP | 10/6/2005 | ($3.73) | $0.00 | $0.00 | $48.15 | 168203 | | 12/7/04 | |
| Canteen | 10/18/2005 | ($15.00) | $0.00 | $0.00 | $33.15 | 172793 | | | |

Ending Mth Balance: $33.15

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of November 2005

Date Printed: 12/28/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $33.15 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |
| Current Location: | SU/1 | | Comments: | QOLDET | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/1/2005 | $10.00 | $0.00 | $0.00 | $43.15 | 177738 | 0134919639 | | SYKES |
| Canteen | 11/1/2005 | ($15.00) | $0.00 | $0.00 | $28.15 | 177980 | | | |
| Mail | 11/8/2005 | $5.00 | $0.00 | $0.00 | $33.15 | 181154 | 083550042124 | | R. HARRIETT |
| Mail | 11/11/2005 | $20.00 | $0.00 | $0.00 | $53.15 | 183937 | 08464305510 | | C. SYKES |
| Canteen | 11/15/2005 | ($15.00) | $0.00 | $0.00 | $38.15 | 184274 | | | |
| Mail | 11/22/2005 | $10.00 | $0.00 | $0.00 | $48.15 | 187379 | 4719719732 | | J. SYKES |
| Mail | 11/23/2005 | $10.00 | $0.00 | $0.00 | $58.15 | 188016 | 8889948808. | | J. SYKES |
| Canteen | 11/29/2005 | ($15.00) | $0.00 | $0.00 | $43.15 | 188820 | | | |
| Mail | 11/29/2005 | $10.00 | $0.00 | $0.00 | $53.15 | 189189 | 79599943357 | | R HERRIOTT |

Ending Mth Balance: $53.15

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00