**ORIGINAL**

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Ambrose Sykes  296974
    (Name of Plaintiff)    (Inmate Number)

1181 Paddock Rd
Smyrna De 19977
    (Complete Address with zip code)

(2)_____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Thomas Carroll

(2) Traci Johnson

(3)_____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:    0 6 - 7 2
:
:    (Case Number)
:    ( to be assigned by U.S. District Court)
:
:
:
:
:    **CIVIL  COMPLAINT**
:
:
:
:    • • Jury Trial Requested
:
:    FEB - 2 2006
:
:    U.S. DISTRICT COURT
:    DISTRICT OF DELAWARE

**I.**    **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ✗ Yes    ·· No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    ✗ Yes    ·· No

C.    If your answer to "B" is Yes:

1.    What steps did you take? I wrote warden Carrol and Major Holman, talk to counselor Johnson and filed Grievance

2.    What was the result? Talk didn't help, letters went ignored and the Grievance was returned ungrievable.

D.    If your answer to "B" is No, explain why not: _____

_____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll

Employed as Warden    at DCC Smyrna

Mailing address with zip code: 1181 Paddock Rd

Smyrna De 19977

(2) Name of second defendant: Traci Johnson

Employed as Counselor    at DCC Smyrna

Mailing address with zip code: 1181 Paddock Rd

Smyrna De 19977

(3) Name of third defendant: _____

Employed as _____    at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets of paper if necessary.)

1. 29 Nov 04 I was incarcerated at DCC Smyrna for murder and other charges, from said date until 7 July '05 I was housed in Pre Trial. During this time I had no major incidents or disturbances 7 July 05 I was moved to SHU (isolation) without cause or reason Carroll ignores my requests.

2. When moved, Counselor Johnson told me it was because of my case. Have talked on numerous occasions as the Counselor she has done nothing to restore my rights and privileges as a pre trial detainee such as law library, visits, phone call, commissary, television rec time, to not be in isolation. Johnson also told me being moved

3. is not a punishment.

## V.    RELIEF

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Immediate injunction from conditions also seeking judgment and compensatory damages

2. Immediate injuction from conditions also seeking judgment and compensatory damages

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of January , 2006 .

Ambrose Sykes
(Signature of Plaintiff 1)

(Signature of Plaintiff 2)

(Signature of Plaintiff 3)

4

I/M Ambrose L Sykes

SBI# 251571          UNIT SHU 18 DL 12

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.59⁰
02 1A
0004608975     FEB 01 2006
MAILED FROM ZIP CODE 19977

Clerk

U.S. District Court

Lockbox 18

841 N. King St 1Aroll

Wilmington De 19801