AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-072 JJF

**ACKNOWLEDGMENT
OF RECEIPT FOR AO FORM 85**

*NOTICE OF AVAILABILITY OF
UNITED STATES MAGISTRATE JUDGE
TO EXERCISE JURISDICTION*

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_9 Febuary 06_                     _Ambrose Sykes_
(Date forms issued)                (Signature of Party or their Representative)

                                   _Ambrose Sykes_
                                   (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action