IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBROSE SYKES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-072-JJF ) |
| THOMAS CARROLL and TRACI JOHNSON, | ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Ambrose Sykes, SBI #296974, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.76 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  9 February , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  1 March , 2006.

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Ambrose Sykes_
Signature of Plaintiff

BD scanned





I/M Amboose Sykes
SBI# 296924  UNIT SHU18 DL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King St
Wilmington De 19801