Ambrose L. Sykes
SBI# 296974
1181 Paddock Rd
Smyrna De 19977

1 May 06

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

Re: Ambrose Sykes V. Warden Thomas Carroll and
Traci Johnson
Civ. No. 06-72-JJF



Dear Clerk,

    I ask that you please send me the "U.S. Marshal-285" forms needed for the above mentioned case. I have tried on two separate occasions to get them from the law library, after compliance with/of the library's terms in my second request the Law Library responded with another reason why they could not give me the forms. I'm asking the court to send me the forms to forestall further delay.

    I thank you for you time in this matter.

Respectfully,
Ambrose Sykes
*Ambrose Sykes*

I/M Ambrose Sykes
SBI# 296924   UNIT 51618 DL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

$ 00.39⁰  MAY 02 2006
MAILED FROM ZIP CODE 19977

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570