Ambrose L. Sykes
SBI# 296974
1181 Paddock Rd
Smyrna De 19977

1 May 06

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

Re: Ambrose Sykes V. Warden Thomas Carroll and
Traci Johnson
Civ. No. 06-72-JJF



FILED
MAY -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk,

   I ask that you please send me the "U.S. Marshal-285" forms needed for the above mentioned case. I have tried on two separate occasions to get them from the law library, after compliance with/of the library's terms in my second request the Law Library responded with another reason why they could not give me the forms. I'm asking the court to send me the forms to forestall further delay.

   I thank you for your time in this matter.

Respectfully,
Ambrose Sykes
Ambrose Sykes

I/M Ambrose Sykes
SBI# 296974  UNIT 54u 18 DL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570