Ambrose Sykes
#296974
1181 Paddock Rd
Smyrna De 19977

5 July 06

Judge Joseph J. Farnan
United States District Court
844 N King St, Lockbox 18
Wilmington De 19801

Re: Sykes V. Carroll
1:06-cv-72 (JJF)



To the honorable, United States District Court Judge Joseph J Farnan on this 5th day of July year 2006 comes the plaintiff Ambrose Sykes in the above mentioned case to request that your honor amend said case to include Major David Holman and Elizabeth Burris. Major Holman is Superintendent of Security. Elizabeth Burris is Deputy Warden. Both are employed at the Delaware Correctional Center, Smyrna. Both have positions that made them directly involved in the decision to place the petitioner unjustly in the oppressive conditions of administrative segregation. Major Holman is also mentioned in the original §1983 complaint.

Inclosed are two additional copies of the complaint to be served the defendants provided His Honor sees fit to amend the complaint to include them.

I thank you in advance for your time in this matter

Respectfully submitted
Ambrose Sykes