(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Ambrose L. Sykes   296974
(Name of Plaintiff)      (Inmate Number)

1181 Paddock Rd
Smyrna De 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Thomas Carroll
(2) Traci Johnson
(3) Elizabeth Burris
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

1:06-cv-72 JJF
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

Jury Trial Requested

FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ✗ Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ✗ Yes  ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grievance, wrote Warden Carroll and Major Holman

2. What was the result? Grievance was returned ungrievable and letters went unanswered.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll
Employed as Warden at DCC Smyrna
Mailing address with zip code: 1181 Paddock Rd
Smyrna De 19977

(2) Name of second defendant: Traci Johnson
Employed as Counselor at DCC Smyrna
Mailing address with zip code: 1181 Paddock Rd
Smyrna De 19977

(3) Name of third defendant: Elizabeth Burris
Employed as Deputy Warden at DCC Smyrna
Mailing address with zip code: 1181 Paddock Rd
Smyrna De 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 29 nov 04 I was incarcerated a Doc Smyrna for murder and other charges. From said date to 7 July 05 I was house in Pretrial without any major incidents or disturbances. 7 july 05 I was moved to PreTrial SHU a disciplinary housing unit without cause or reason. My letter to the warden requesting my pre trial rights and privileges be reinstated went unanswered

2. From the date I was moved Counselor Johnson and I have talked a couple times. She told me "privileges are just that and being housed where they are taken is not a punishment" As counselor she has done nothing to help me in this situation.

3. Elizabeth Burris' position as deputy warden made her directly involved in the decision to move me to the pretrial SHU

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am requesting an immediate injunction to have my rights on privileges reinstated. I'm also seeking compensatory and punitive damages for time spent under oppressive conditions of the pre trial SHU

3

2. I am requesting an immediate injunction to have my rights and privileges reinstated. I'm also seeking compensatory and punitive damages for time under oppressive conditions at the Pre Trial SHU

3. I am requesting an immediate injunction to have my rights and privileges reinstored. I'm also seeking compensatory and punitive damages for time under the oppressive conditions of the pre trial SHU.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5th__ day of __July__, 2_006_.

_____Ambrose Sykes_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Supplement to page 1.

Names of Defendants

4. David Holman

Supplement to Page 2

## III Defendant

Name of fourth defendant: David Holman

Employed as: Major (security)   at: DCC Smyrna

Mailing Address with zip code:   1181 Paddock Rd
                                  Smyrna De 19977

*Supplement to Page 3*

## IV. Statement of Claim

4. David Holman's position of Major of Security made him directly involved in the decision to move me to the pretrial SHU. I also wrote him to request that my rights and privileges be reinstated but my letter went unanswered.

*Supplement to Page 4*

V. Relief

4. I am requesting an immediate injunction to have my rights and privileges reinstated. I'm also seeking compensatory and punitive damages for time spent under the oppressive conditions of the pretrial SHU.

I/M Ambrose L. Sykes
SBI# 296924    UNIT 18 DLI2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




Judge Joseph J Farnan Jr
US District Court, Delaware
844 N. King St, Lockbox 18
Wilmington De 19801