Ambrose Sykes #216174
1181 Paddock Rd
Smyrna De 19977

18 Aug '06

Judge Joseph J Farnan
United States District Court
844 N. King St, Lock Box 18
Wilmington Delaware 19801

Sykes v. Carrol
Re: Civil Action no. 06-072 JJF

To the honorable, District Court Judge Joseph J. Farnan, Jr. On this 18th day of August year 2006 comes the petitioner/plaintiff in the above mentioned case to request that His Honor amend his previous order giving the Delaware Correctional Center the authority to deduct from the ~~prisoner~~ petitioner's trust account.

On this 18th day of August, the petitioner receive notice from The United States District Court of Delaware that Delaware Correction Center

deducted from the petitioner's trust fund account $49.60 for the month of July '06 (see Exhibit A).

The month of July '06 the petitioner had a total of $59.60 credited to his account which support a deduction of $11.92. (see Exhibit B)

The actions of the institution was a grievous error creating undue stress and hardship on the petitioner also leaving him unable to maintain himself, not knowing when more funds will be available.

The petitioner prays that His Honor will suspend Delaware Correctional Centers' authority to deduct from the petitioners ~~account~~ account and allow the petitioner to forward the 20% along with a statement from the institution with the amount the was credited his account.

This is evidence the institution is disinclined to follow His Honor's order or simply is incapable.

Respectfully submitted,
Ambrose L. Sykes
Ambrose L. Sykes

Exhibit B.

DL12

# Individual Statement

Date Printed: 8/9/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $62.27 |
|---|---|---|---|---|---|---|
| 00296974 | SYKES | AMBROS | | | | |

Current Location: [signature]   Comments: QOLDET

## For Month of July 2006

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/3/2006 | $9.60 | $0.00 | $0.00 | $71.87 | 286299 | | | |
| Canteen | 7/11/2006 | ($14.99) | $0.00 | $0.00 | $56.88 | 289545 | | | |
| Misc | 7/11/2006 | $25.00 | $0.00 | $0.00 | $81.88 | 290195 | 09449308697 | SHU5/24-6/23/06 | R. HERRIOTT |
| Legal | 7/17/2006 | $0.00 | $0.00 | ($7.92) | $81.88 | 292334 | | | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($0.87) | $81.88 | 292475 | | 7/4/06 | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $81.01 | 294100 | | 6/11/06 | |
| Supplies-MailP | 7/19/2006 | ($1.11) | $0.00 | $0.00 | $79.90 | 294126 | | 6/26/06 | |
| Legal | 7/19/2006 | ($7.92) | $0.00 | $0.00 | $71.98 | 294374 | | | |
| Supplies-MailP | 7/19/2006 | ($0.87) | $0.00 | $0.00 | $71.11 | 294425 | | 7/4/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $71.11 | 295810 | | 7/9/06 | |
| Canteen | 7/25/2006 | ($15.54) | $0.00 | $0.00 | $55.57 | 296659 | | | |
| Mail | 7/27/2006 | $25.00 | $0.00 | $0.00 | $80.57 | 297765 | 9449319723 | TRADEWINDS PUBLI | R. HERMIT |
| Pay-To | 7/28/2006 | ($7.99) | $0.00 | $0.00 | $72.58 | 298250 | | | |

Ending Mth Balance: $72.58

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($0.39)

---

Exhibit A.

```
          UNITED STATES
         DISTRICT COURT
         District of Delaware
            Wilm. Division

       # 144432 - RE
      August 15, 2006

  Code      Case #       Qty      Amount

  PLS100   1-06CV-72              49.60 CH

           Total->                49.60

  FROM: DCC INMATE ACCOUNT
        RE INMATE: AMBROSE SYKES
        CK# 13686
        PNC BANK
```

I/M Ambrose Sykes
SBI# 296974   UNIT 18 DL 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Judge Joseph Farnan, Jr
United States District Court
844 N. King St, Lockbox 18
Wilmington Delaware
19801