IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBROSE SYKES, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 06-072-JJF |
| | : |
| THOMAS CARROLL and TRACI JOHNSON, | : |
| | : |
|     Defendants. | : |

### O R D E R

Plaintiff Ambrose Sykes ("Sykes"), an inmate housed at the Delaware Correctional Center filed his complaint on February 2, 2006. (D.I. 2.) At the same time he filed a motion for leave to proceed in forma pauperis. (D.I. 1.) The motion was granted and on February 9, 2006, the Court assessed a filing fee of $250.000 and required an initial partial filing fee of $11.76. (D.I. 4.) Sykes signed an authorization requesting the prison business office disburse payments to the Clerk of the Court for payment of the filing fee. (D.I. 6.) Since that time payments have been made as follows: $11.76 on May 4, 2006; $7.92 on May 18, 2006; $7.92 on July 27, 2006; and $49.60 on August 15, 2006.

Now before the Court is Sykes' letter/motion to amend the authorization for monies to be deducted from his prison trust account. (D.I. 13.) Sykes contends that the prison business office made a grievous error by deducting the $49.70 from his account inasmuch as Sykes does not know when more funds will be

available. He contends that the $49.50 was deducted in error and that the deduction should have been for $11.92. Sykes provided the court with his July 2006 monthly statement, but the deduction he protests occurred on August 15, 2006.

Based upon the documentation provided, the Court is unable to determine if the an incorrect amount was deducted from Sykes' account. Moreover, the filing fee has not been paid in full, and it is the policy of the Clerk's Office that money is not refunded unless there has been an overpayment of the filing fee. Here, there has been no overpayment.

THEREFORE, at Wilmington this 13 day of September, 2006, IT IS ORDERED that the letter/motion to amend the authorization for monies to be deducted from his prison trust account (D.I. 13) is **DENIED**.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

2