OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 20, 2006

TO: Ambrose Sykes  
    SBI# 296974  
    Delaware Correctional Center  
    1181 Paddock Rd.  
    Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #*06-72(JJF)

Dear Mr. Sykes:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
    U.S. Marshal  
    Pro Se Law Clerk