# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBROSE SYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-72-JJF |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | JURY TRIAL REQUESTED |
| TRACI JOHNSON, ELIZABETH | ) | |
| BURRIS, AND DAVID HOLMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Warden Thomas Carroll, Elizabeth Burris and David Holman. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

                                                  /s/ Eileen Kelly
                                                  Eileen Kelly, I.D. #2884
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 North French Street, 6th Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 577-8400
                                                  eileen.kelly@state.de.us
Date:  December 22, 2006                    Attorney for Defendants Warden Thomas
                                                  Carroll, Elizabeth Burris and David Holman

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 22, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Ambrose Sykes.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us