In The United States District Court
for the District of Delaware

Ambrose. Sykes
Plaintiff

v.   C.A. No. 06-72-JJF

Warden Thomas Carrol,
Traci Johnson, Elizabeth
Burris and David Holman
Defendants



To: the honorable, United States District Court Judge,
Joseph Farnan Jr.,

On this 3rd day of January year 2007 comes the plaintiff in the above mentioned case to request that His Honor appoint counsel for the petitioner.

The cell delivery system of the SHU Law Library and paralegals there of are too inadequate to afford the petitioner an opportunity to effectively defend the claims made or to understand what is expected of the petitioner as the plaintiff in this case.

Respectfully submitted,
Ambrose L. Sykes
296974
1181 Paddock Rd
Smyrna De 19977

3 January 2007

I certify that a copy of 'The Request for Counsel' was sent to the defendant's Eileen Kelly today through the mail to 820 North French St, 6th floor Wilmington, Delaware 19801

Ambrose L. Sykes

FROM Ambrose Sykes
SBI# 296974   UNIT 18 A.5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39
JAN 03 2007
MAILED FROM ZIP CODE 19977

Judge Joseph Farnan
United States District Court
844 King St LockBox 18
Wilmington, Delaware
19801