In The United States District Court
For The District Of Delaware

Ambrose Sykes

    Plaintiff,

v.

Warden Thomas Carroll
Traci Johnson, Elizabeth
Burris, David Holman

    Defendants,

C.A. No. 06-72-JJF

## Request for an Extension

On this 9th day of January, 2007 comes the Plaintiff in this action to request of the Court an extension of 10 working days to respond to the Defendants request of judgment in their favor.

The Plaintiff in this action is a death sentenced inmate housed in the SHU a maximum security housing unit. In that status the Plaintiff is not given direct access to the law library. The SHU has a cell delivery exact cite system. The Plaintiff also is not allowed to personally confer with inmate-paralegals. Correspondence is through

letters via in-house mail. As this system is not fast in nature the Plaintiff needs more time to respond.

Thank you in advance for you time in this matter.

Respectfully,
Ambrose Sykes

9 January 2007

Certificate of Service

I certify I caused a copy of this request to be delivered to the attorney of the Defendants Eileen Kelly by US Postal Service today 9 Jan 07.

Ambrose Sykes

I/M Ambrose Sykes
SBI# 294294   UNIT 18 A/S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 JAN 2007 PM 3 L

U.S.M.S
X-RAY

Judge Joseph Farnan
United States District Court
844 N. King St lockbox 18
Wilmington Delaware
19801