IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBROSE SYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-72-JJF |
| | ) | |
| WARDEN THOMAS CARROLL, | ) | JURY TRIAL REQUESTED |
| TRACI JOHNSON, ELIZABETH | ) | |
| BURRIS, AND DAVID HOLMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: Thomas Carroll, Major Dave Holman and Acting Warden Betty Burris in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly | /s/ Catherine Damavandi |
| Eileen Kelly, ID#2884 | Catherine Damavandi, ID#3823 |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| Carvel State Office Bldg., | Carvel State Office Bldg., |
| 820 N. French Street, 6th Fl., | 820 N. French Street, 6th Fl., |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302)577-8400 | (302)577-8400 |

Dated: October 9, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Ambrose Sykes
SBI#296974
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi
    Catherine Damavandi, ID#3823
    Deputy Attorney General
    Department of Justice
    Carvel State Bldg., 6th Fl.,
    820 N. French Street
    Wilmington, DE  19801