Ambrose L. Sykes
#296974
1181 Paddock Rd
Smyrna De. 19977

5 October 2007

To: Eileen Kelly

Deputy Attorney General

820 N. French St. 6th Floor

Wilmington, Delaware 19801.



Re. C.A. No. 06-72-JJF
(Interrogatories)

    I'm writing this because I'm going to need an additional 30 (thirty) days to respond to your set of Interrogatories. I need to do further research before responding to some of your questions as I'm not sure of me responsibility to answer all of them. As noted in previous requests, my access to the law library is limited.

    It is my understanding these matters are to be handled ~~b~~ between the two parties and not the

Court. It this is to be done in the form of a request let this serve as my request. It this is to be done by notice let this serve as my notice.

                                      Respectfully
                                      Ambrose L. Sykes

Certificate of Service

I certify that I caused a copy of this document to be delivered to the defendants counsel by U.S. Postal Service mailed on 5 October 2007. I certify I caused a copy of this document to be delivered to the Clerk of Court by U.S. Postal Service mailed on 5 October 2007.

Ambrose Sykes
#296974
1181 Paddock Rd
Smyrna De 19977

I/M Ambrose Sykes
SBI# 291974    UNIT 18 AL5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801