Ambrose L. Sykes
#296974
1181 Paddock Rd
Smyrna De 19977

10 October 2007

To: The Office of the Clerk
844 N. King St., Lockbox 18
Wilmington, Delaware 19801

Re. C.A. No. 06-72-JJF
(Docket Sheet)

Dear Clerk,
  Please send me a Docket Sheet with all docketed orders, motions, Correspondences, ect. germane to the above referenced civil action.
  I thank you in advance for your time in this matter.

Respectfully
Ambrose Sykes
Ambrose Sykes


RECEIVED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Ambrose L. Sykes
SBI# 296974   UNIT 18A15
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801