OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 16, 2007

TO:

Ambrose Sykes
SBI# 296974
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

    **RE:** *Request for Docket Sheet*
           CA 06-72 JJF - <u>Sykes v. Carroll</u>, et al

Dear Mr. Sykes:

    A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet. We have enclosed a onetime free docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rc                                      PETER T. DALLEO
                                          CLERK

cc: The Honorable Joseph J. Farnan

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 16, 2007

TO:

Ambrose Sykes
SBI# 296974
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

    **RE:** *Request for Docket Sheet*
        **CA 06-72 JJF - <u>Sykes v. Carroll</u>, et al**

Dear Mr. Sykes:

    A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet. We have enclosed a onetime free docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rc                                             PETER T. DALLEO
                                                  CLERK

cc:  The Honorable Joseph J. Farnan