In The United States District Court
For The District Of Delaware



Ambrose Sykes

       Plaintiff

  V.

Warden Thomas Carroll
Traci Johnson, Elizabeth
Burris and David Holman
     Defendants.

C.A. No. 06-72-JJF

## Renewed Request For The Appointment Of Counsel

To the Honorable, United States District Court Judge
Joseph Farnan Jr.. On this 3rd day of October
year 2007 comes the Plaintiff in this action with
a renewed request for the appointment of counsel.

I.

As already noted by the Court, the Plaintiff is housed
in SHU #18 on the tier for Death Sentenced Inmates.
The Plaintiff's status does not afford him any access to
any parties to conduct interviews to properly prepare
this action for trial.

II.

    Since the start of this action there have been
Various changes to the prison's administration and
personel that would bring the need for depositions.

III.

    The Plaintiff has various request for documents
such as orders, prison procedures ect. that are
discoverable but would be a breach of the prison's
security if presented to the petitioner.

IIII.

    The Plaintiff is planning on asking the jury hearing
this case to award compensatory and punitive
damages. To do this the Plaintiff plans to use a
psychologist to testify as an expert to the harm
the long term isolation does and had on the Petitioner's
psyche.

    For the reasons put forth, the Plaintiff
respectfully request His Honor to reconsider the
the Plaintiff's motion for the appointment of counsel.
The hinderances of the Plaintiff's contindment will
not allow an effective representation of this

Civil action.

Respectfully

Ambrose L. Sykes
3 Oct '07

3 oct '07

I certify I cause a copy of this document
to be served on the defendants counsel,
Eileen Kelly mailed by United Postal Service
on 3 October 2007. I certify I cause a copy
of this document to be delivered to Judge
Farnan by United Postal Service mailed on
3 october 2007.

Ambrose Sykes
# 296974
1181 Paddock Rd
Smyrna De 19977

I/M Ambrose Sykes
SBI# 291621 UNIT 18 AL 5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Joseph Farnan
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware
19801

18801382319 0012





U.S.M.S.
X-RAY

02 1A
0004608975
MAILED FROM ZIP CODE 19977
UNITED STATES POSTAGE
$ 00.410
OCT 13 2007
PITNEY BOWES