Ambrose L. Sykes
#296974
1181 Paddock Rd
Smyrna De 19977

1 November 2007

TO: Catherine Damavandi
820 N. French St. 6th floor
Wilmington, Delaware 19801



RD scanned

Re. Civil Action No. 06-72-JJF
(Interrogatories)

Previous Counsel for the defendants served me, the Plaintiff, with a list of Interrogatories. This is to put you on notice that I will not be responding to said list. In accordance with Federal Rules of Civil Procedure Rule 33(a) citing Rule 26(d) that cites Rule 26(a)(1)(E) and also in accordance with Delaware District Court Rulings, the list served was premature.

This is to also serve as notice that my last correspondence to you has an expiration date of November 12, 2007.

Ambrose Sykes

## Certificate of Service

I certify I caused a copy of this document to be delivered upon the Clerk of Court and Counsel for the defendants by United States Postal Service mailed on 1 November 2007.

*Ambrose L. Sykes*



I/M Ambrose Sykes
SBI# 296974   UNIT 18 A 15
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801