Ambrose L. Sykes
#296974   18AL5
1181 Paddock Rd
Smyrna De, 19977

31 July 08

Clerk, US District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

Re. Filing Fee (#1:06-cv-00072-JJF)

I am writing this because my records show that I have paid a total of $279.90 to date which reflects an over payment of $29.90. If my tabulation is correct how do I obtain a reimbursment and recension of the judges authorization to the prison's business office to disburse funds. If my calculations are incorrect please put on notice of the current amount due.

Thank you for your time in this matter.

Ambrose L Sykes



FILED
AUG -4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO Scanned

I/M Ambrose Sykes
SBI# 266974    UNIT 18A15
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801

